985

No. 78–573. MELTON v. BOW. Sup. Ct. Ga. Certiorari denied.

No. 78–576. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO v. WINN-DIXIE STORES, INC. C. A. 5th Cir. Certiorari denied.

No. 78–578. IN RE STEINBERGER. Sup. Jud. Ct. Me. Certiorari denied.

No. 78–593. SOUTH CAROLINA NATIONAL BANK v. NORTH CAROLINA NATIONAL BANK. C. A. 4th Cir. Certiorari denied.

No. 78–595. LONE STAR GAS CO. v. BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 78–601. SCHULTZE ET UX. v. CHEVRON OIL CO. C. A. 3d Cir. Certiorari denied.

No. 78–626. LONG v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–662. IRVIN v. UNITED STATES CIVIL SERVICE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 78–667. AMEND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–670. HANKS v. UNITED STATES ATTORNEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–723. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5015. BEAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.